FULL NAME

Ruben Mejia

COMMITTED NAME (if different)

652 N Ramona Blvd Apt 1B San Jacinto, CA 92583

FULL ADDRESS INCLUDING NAME OF INSTITUTION

mejia.grunt1@gmail.com

951-610-6208

PRISON NUMBER (if applicable)

*Related DDJ*
*FILED*

2023 JUL 10 AM 9: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ED CV

Ruben Mejia, G.M. (Minor) LM.M. (Minor)          PLAINTIFF,

v.

Amanda Young, Jason Phelps, & Riverside
County Children Services

DEFENDANT(S).

CASE NUMBER  **23 - 01332-FMO (SP)**

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☒ No

2.  If your answer to "1." is yes, how many? N/A

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:

Plaintiff N/A _____

_____

Defendants N/A _____

_____

b.  Court N/A _____

_____

c.  Docket or case number N/A _____

d.  Name of judge to whom case was assigned N/A _____

e.  Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it

appealed?  Is it still pending?) N/A _____

f.  Issues raised: N/A _____

_____

_____

g.  Approximate date of filing lawsuit: N/A _____

h.  Approximate date of disposition N/A _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint
    occurred?  ☒ Yes    ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint?  ☒ Yes    ☐ No

    If your answer is no, explain why not _____

    _____

    _____

3.  Is the grievance procedure completed?  ☒ Yes    ☐ No

    If your answer is no, explain why not _____

    _____

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff Ruben Mejia, G.M. (Minor) LM.M. (Minor) _____

(print plaintiff's name)

who presently resides at 652 N Ramona Blvd Apt 1bSan Jacinto C 92583 _____ ,

(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

Amanda Young, Jason Phelps, & Riverside County Children Services, Riverside California _____

(institution/city where violation occurred)

on (date or dates) _____May 25. 2021_____ , _____11/16/2022_____ , _____July 7, 2023_____ .

(Claim I)          (Claim II)          (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant    Amanda Young _____ resides or works at
     (full name of first defendant)

     901 E Ramsey St Banning CA 92220
     (full address of first defendant)

     Social Services Practitioner
     (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

     Explain how this defendant was acting under color of law:

     works for the county of riverside as an investigative social services practitioner within the children's services department

2.   Defendant    Jason Phelps _____ resides or works at
     (full name of first defendant)

     901 E Ramsey St Banning CA 92220
     (full address of first defendant)

     Supervisor Social Services Practitioner
     (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

     Explain how this defendant was acting under color of law:

     is a deportment supervisor for the county of riverside working for the children's services department

3.   Defendant    Riverside County Children's  Services _____ resides or works at
     (full name of first defendant)

     901 E Ramsey St Banning CA 92220
     (full address of first defendant)

     governing agency
     (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☐ individual    ☒ official capacity.

     Explain how this defendant was acting under color of law:

     this is the public agency which enforces oversees all policy procedure passed down from the legislative and executive branches.

4.  Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5.  Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

In May of 2021 Cps agents came to my home to investigate me for allege abuse a 3027 report was made. While doing so the CPS

child protective service agents violated my 4th amendment to gather information make remarks about my sex life always trying to incriminate me for no reason

in October of 2022 Amanda young came to my home once again due to a court order once again my civil rights where violated this time Amanda young lied

when I called out the lie CPS sends a whole new agent to conduct the court ordered investigation I refuse the department submit false declarations to family law court stating I

never participated in their investigation when I did with Amanda young I contested those results and took it trial

during this process I subpoenaed Amanda Young and her boss so they can go and testify how they where in my home in October of

2022 and did an investigation and also violated 4th amendment rights. Then fast track to may of 2023 apparently new allegations where

made after having many other investigation completed by the same department this time thy are alleging I am a disabled military

veteran who is not seeing constant treatment for my mental health which is a lie. This one allegation was enough for the county with help

of my own unethical court appointed attorneys to remove my children because during our hearing in July 7th my attorney and I had differences with counsel

I requested a new lawyer during the hearing when my childrens appointed attorney asked why I wanted a new lawyer my own counsel

under the record makes statement that goes against my interest. during that recess while I was waiting for new attorney we go back to

court the attorneys amend the paperwork to detain my children as a retribution since I had stated to the counsel id be filing a complaint

with the state board of California we go back I have no counsel present expect in the phone I never get asked about anything any they remove my children from me

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

the defendant Amanda Young: mis represented facts to seem like lies used the color of law to maliciously persecute me due to the fact that I had discovered a constitutional

violation from her part she was relentless in her investigation after me being scrutinized by the same department various times

until ultimately she uses my own military service against me to remove my children form me all acting under the color of law. amongst other things.

Jason Phelps: Neglected to address Amanda young's behavior instead they condoned it and helped her in the malicious pursuit

of me and my children. I spoke to this man many times and he failed to take appropriate action facilitating the process for

Amanda young to remove my children all under the color of law.

Riverside County Children Services: over the last 3 years I have have Four 3027 reports done along with many other cps investigations

due to false reports and malicious persecution I have willingly submitted to drug test home walk arounds

and questioning from several social workers to the point Amanda Young has maliciously persecuted me over the last year and has

removed my children while she knows she has been subpoenaed to trial July 13th to respond to the departments false declarations in court

this culture within this department the corruption allowed for the illegal removal of my children

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I believe I am entitled to the requested penalties of 9,999,999 considering the constant harassment over the last three years from the Children services

department all with intent to maliciously persecute me and never find anything to only end up using military history/disability against me

using lies slander hearsay it was easy for them to remove my children in a moment when my girls lost their mother it has caused enormous duress hardship

so the victims in this case does not end with me it goes on to my two children their trauma and all the hardships that have come over the

last three years of constant malicious persecution from a department set out to remove their father form their life. They have achieved such

goal and forever will my girls memory be tainted in a year when they lost the other half of their soul. So I am not only entitled to this

compensation due to the actions of these individuals so are my children. We have yet to see the consequences of the actions of these individuals

and I ask the court to set an example so no rouge agent in the future decides to destroy someones family due to personal vendettas.

This compensation should take into consideration the outright malicious done by the county officials to two innocent children

after they have been failed by a system corrupt system their mother had abused them and always there has been a biased just because

of my discrimination my due process in other litigations was always delayed yet I was always easily accessible to this department their

scrutiny and vendettas now I sit here after two days of not seeing my daughters with a broken heart soul I do not know where they are how

they are if they miss me if they are happy sad especially after such a moment in their life I feel terrible helpless there is no price to what has

happened to my children frankly speaking. The pain I feel there are no words to describe the feeling of these tears falling down my eyes

as I try to make sense of this and prove the damage these people have done not only to me but my treasure.

07/09/2023

*(Date)*

*(Signature of Plaintiff)*

Name: Ruben Mejia

Address: 652 N Ramona Blvd Apt. 1-B

San Jacinto CA, 92583

Phone: 951-610-6208

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ruben Mejia, G. M. (minor), & L.-M.M. (Minor) <br><br> Plaintiff <br><br> v. <br><br> Amanda Young, Jason Phelps, & Riverside County Children Services <br><br> Defendant(s). | CASE NUMBER: <br><br> To be supplied by the Clerk of The United States District Court <br><br> Complaint |

sometime in October of 2022 social services practitioner Amanda Young was directed by commissioner Firetage to conduct a 3027 report( a report conducted by social workers to summarize the safety of the children with parents during their parenting time) out of the Hemet riverside superior courthouse department H4. During the investigation Amanda Young came to my home did an in home inspection questioning and I even submitted my self to a drug test. Thats when Amanda young begins to ask me questions invasive questions regarding my family. She was referencing a conversation I had within a phone I pay for and provide to my son since his mother does not provide a channel for me to communicate with him. In that phone I had a personal conversation with family members because my son visits me and family cannot reach me they instead will call or message my son. I forgot to erase this conversation and mother showed it to the CPS agent. When I confronted about the 4th amendment violation the CPS sends a new agent todo the 3027 as if Amanda young was never there.

Page 1 of 3

I contested that and the riverside county office of children services filed paper work in court saying I never participated in the report. It is a lie recently the 9th circuit released this OPINION (No. 19-55274 D.C. No. 3:18-cv-00558- CAB-AGS ) where they say it is illegal for social workers to lie in court documents. the 3027 reports where full of lies and at no point did any of my children raise any concerns about me. Recently once again Amanda young returned to my home stating they received 3 new referrals of alleged abuse this is the 5th time this year alone they come to my home. Amanda young spoke to my daughters in school then she tried to come to my home after speaking to my daughters I refused to speak to her because the last time I did she lied about it in court. Ms. young was relentless kept harassing, I still refused to speak to her. Ms young knew she and her boss had been subpoenaed by me to come to my trial on July the 13 in the hemet courthouse to testify about how she lied in her 3027 report. Then she opened a case against me hearing date July 7th 2023 in the Superior Court of California, County of Riverside - Riverside Juvenile Courthouse to take away my daughters who I have custody of for over 4 years now case#:DPRI2300216 where within her declarations she perjured, used lies, manipulated facts to seem like a lie so she can legitimize her actions. When I showed up to court my court appointed counsel was belittling unprofessional and unethical made certain remarks on the record that went against my interest. Initially it was an out of custody hearing When my court appointed lawyer made remarks about me to the judge because I requested a new lawyer and during the recess to get me a new attorney the order was amended. The attorney who represents my daughters attorney Teresa Devries heckles me defending the actions of her comrade my court appointed counsel as we where walking out of the court room because I was asking my lawyer why she would make such a remark against me if that was the case I could of given a reason my self as to why I needed a new lawyer and have made her look unprofessional yet I did not do any of it. I stated I was going to complain to the state board. Thats when all the attorneys who represent my daughters, the county and Dawn shipley gather together to amend my court paperwork and detain my children. It was a retaliatory measure the Core allegation by the county is that I lack consistent  mental health treatment because I am a disabled military vet diagnosed with PTSD yet during the hearing I provided a note from my doctor within Loma Linda VA refuting all those claims I also provided paperwork showing how I recently graduated college form CALIFORNIA STATE UNIVERSITY SAN BERNARDINO with honors I also provided paperwork that I have been accepted @CSUSB for their MBA-Management program.

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

My lawyer was not even present no one pleaded properly violating my due process my case was handled unethically. My one court appointed counsel did not argue against the state to remove my children instead she made comments to help their cause I filed a complaint to the California state board (23-0-19076 Dawn Elaine Shipley). The actions of my own attorneys helped ratify the stigma the county was using against me due to lies and slander hearsay without proof while the social worker Amanda Young maliciously persecuted me due to personal vendettas. The county along with everyone else violated my 14th amendment my children's 4th amended, Section 242 of Title 18 makes a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United State for illegally detaining them. I seek punitive/exemplary damages, compensatory damages, policy change, and a return of my children as soon as possible

I declare under Penalty of perjury for all to be true and correct

Name: Ruben Mejia       Date: 07/08/2023
Signature:

Page 3 of 3

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

RECEIVED JUL 0 3 2023

MEJIA MINORS

To whom it may concern my name is Ruben Mejia I'd like to make the following declaration the social service practitioner by the name of Amanda young is maliciously persecuting me. She is involved in my custody case family law matter being heard in the Hemet courthouse case number ████████. Last year commissioner Faregate from department H4 will provide the paperwork out of the Hemet courthouse ordered a 3027-report done by CPS that's when I first met Ms. Young, I participated in that report willingly conducted a drug test. That is when she began to ask invasive questions, I realized she only would have known such information from a personal conversation of mine I had within a personal phone I pay for my son. When I accused of it being a violation of my 4th amendment right the CPS office then tries to send me a whole new agent CPS conduct the report that is when I contested everything and took it to trial right after Ms. Young then files paper work to the Hemet courthouse saying I never participated in the 3027 and that is a lie I contested that report and subpoenaed Ms. Young along with Jason Phelps her supervisor to my trial this upcoming 13th of July. Sometime between then and now there has been other 3027 reports done with the case that I have with the mother of my daughter's case number ████████ the mother of my daughters passed in February of 2022 I have had a 3027-report done. Then with the mother of my son in 2021 I also had another one done so very year for the last 3 years I have had at least one 3027 reports done per year in some instances twice a year. Now they are coming alleging I am not keeping up with my treatment I am providing a letter from my doctor refuting every allegation made regarding those claims. Ms. Young stated I have a criminal history with drugs and alcohol that is also a lie I have been arrested once with a DUI in 08/04/2014 that's almost 10 years ago I will provide my entire criminal record for the court I have no drug conviction nor arrest that is a purposely written false statement under penalty of perjury. Also, I have never even admitted anything to mis young since her lies from September of last year when she stated to court, I did not participate in the report I have refused to talk to a liar. At best your honor this is malicious persecution and at worst it is perjury done by an official acting under the color of law. The 9th circuit court just released their opinion that social workers are not immune from perjury during these preceding's. I ask for Ms. Young to be held accountable. Id like to note your honor during this whole ordeal I have graduated with honors from California State university San Bernardino I have been Accepted to A master's program in California State San Bernardino my daughters have never stated they are not safe with me I take care of them love them they are my motivators and because of them I can say I have achieved so much.

Sign *Ruben Mejia*

Date: July 3, 2023

I declare under penalty of perjury all to be true and correct



**VA LOMA LINDA**
HEALTHCARE SYSTEM

*A Division of VA Desert Pacific Healthcare Network*

VA Loma Linda Healthcare System

1-800-741-8387 – (909) 825-7084
www.lom.med.va.gov

In Reply Reference To:  116B

06/27/2023

**Jerry L. Pettis Memorial VA Medical Center**
11201 Benton Street
Loma Linda, CA 92357
(909) 825-7084

**Loma Linda VA Clinic Ambulatory Care Center**
26001 Redlands Blvd.
Redlands, CA 92373

**Corona VA Clinic**
280 Teller St., Ste. 120
Corona, CA 92879

**Palm Desert VA Clinic**
72700 Dinah Shore Dr.
Palm Desert, CA 92211

**Murrieta VA Clinic**
25125 Madison Ave., Ste. 105
Sun City, CA 92562

**Rancho Cucamonga VA Clinic**
8160 Day Creek Blvd., Ste. 120
Rancho Cucamonga, CA 91739

**Victorville VA Clinic**
14598 Seventh St., Ste. B
Victorville, CA 92395

RE:  TREATMENT SUMMARY FOR RUBEN MEJIA

To Whom it May Concern:

This letter is being provided as a summary of mental health treatment conducted by Dr. Daniel Perez, a Licensed Psychologist at Loma Linda VA Medical Center. Mr. Mejia entered into mental health treatment with Dr. Perez on 06/02/2021 and has continued treatment as recently as 05/12/2023. All appointments are listed below:



Mr. Mejia has actively engaged in therapy for a variety of mental health concerns and has also reached out to the VA Crisis Line Call Center, as needed. He also has upcoming scheduled appointments to continue his treatment.



**Daniel Perez, Psy.D., LPC**
Licensed Clinical Psychologist
BHIP – Oak Team Lead
VA Loma Linda Healthcare System - Remote

(909)825-7084

Case 5:23-cv-01332-FMO-SP    Document 1    Filed 07/10/23    Page 12 of 27    Page ID
#:12
7/3/23, 11:19 AM

# THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF RIVERSIDE

Filed Date:  **06/10/2013**
Case Status

**MEJIA & MEJIA**
**Family Law Dissolution With Child(re**
**Hemet - Department H4**

Print Case Report

## Case Summary

˅ COMPLAINTS/PETITIONS





## ⌄ JUDGMENTS

| Disposition Type | Details |
|---|---|
| Dissolution with Child(ren) | |
| Judgment/Order | |

## ⌄ HEARINGS

| Date Time | Type | Ju |
|---|---|---|
| | | G |
| | | G |
| | | G |
| | | G |
| | | G |
| | | G |
| | | G |
| | | G |
| 07/13/2023 08:30 AM | Hearing re: | G |

Hearing Set for July 7th, 13



| | | |
|---|---|---|
| 11/16/2022 08:30 AM | Hearing re: Return of FC 3027 Report | N |
| | | N |
| 11/16/2022 08:30 AM | | N |
| 12/09/2022 08:30 AM | | Je |
| 01/24/2023 08:30 AM | | Ja |

Results 16-30 of 41

## ˅ DEADLINES & REMINDERS

**Date Created**              **Timestandard**

01/19/2023

## ˅ DOCUMENTS

| Status | Date | Description |
|---|---|---|
| Filed | 06/10/2013 | |
| Generated | 06/10/2013 | |
| Filed | 06/10/2013 | |
| Filed | 06/10/2013 | |
| Filed | 06/10/2013 | |
| Filed | 06/10/2013 | |
| Filed | 06/10/2013 | |
| Generated | 06/10/2013 | |
| Filed | 06/10/2013 | |



| | | |
|---|---|---|
| Generated | | |
| Generated | | |
| Generated | | |
| Filed | | |
| Generated | | |
| Filed | | Report of Findings filed (FC 3027(b)) |
| Filed | 05/25/2021 | Declaration and Acknowledgment of Receipt of Confidential Report F Family Code 3027(b) |
| Filed | 05/25/2021 | Protective Order and Acknowledgment of Receipt of Confidential Inv Report - FC § 3027 |
| Filed | 05/26/2021 | |
| Filed | 05/26/2021 | |
| Filed | 05/26/2021 | |
| Filed | 05/26/2021 | |
| Filed | 05/26/2021 | |
| Filed | 05/26/2021 | |
| Generated | 05/27/2021 | |
| Generated | 05/27/2021 | |
| Generated | 05/27/2021 | |
| Filed | 05/27/2021 | Declaration and Acknowledgment of Receipt of Confidential Report F Family Code 3027(b) |
| Filed | 05/27/2021 | Protective Order and Acknowledgment of Receipt of Confidential Inv Report - FC § 3027 |
| Generated | 05/27/2021 | |
| Generated | 05/27/2021 | Minute Order: Hearing re: Return of FC 3027 Report |
| Generated | 05/27/2021 | |
| Generated | 05/27/2021 | |

**FILED**
Superior Court of California
County of Riverside



**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF RIVERSIDE**
880 North Hemet, CA 92543

**FAMILY CODE 3027(b) REPORT OF FINDINGS**

| **Hearing Date** | **Hearing Time** | **Dept./Room** | **Hearing Type/Subtype** |
| --- | --- | --- | --- |
| 11/16/2022 | 08:30 AM | H4 | Family Code Section 3027(b) |

**IN THE MATTER OF**

| **Name** | **Date of Birth** | **Age** | **Sex** | **Family Court Number** |
| --- | --- | --- | --- | --- |

**CHILD'S WHEREABOUTS**

1

Mejia Ruben



**Ruben Mejia, Father**

On November 4, 2022, I spoke with the father, Ruben Mejia, over the phone. I identified myself as a SSP with Riverside County, DPSS. I advised Mr. Mejia the reason for my call and explained DPSS received a referral from Family Law Court, at which time a 3027(b) investigation and report was ordered to be completed for her upcoming Court hearing on November 16, 2022. I attempted to schedule an in-person meeting with Mr. Mejia; however, he refused. He informed me the prior SSP had already been to his home, with another worker. Mr. Mejia informed me, he spoke to them and took a drug test.

I explained to Mr. Mejia, I was conducting the Court ordered 3027(b) report; which differed from the Department's prior investigation concerning his family. Mr. Mejia became upset, stating the prior SSP had violated his fourth amendment. He expressed, "this is fishy" and on numerous instances, he stated he was not okay meeting with me and he rather wanted to wait to go to Court, to speak with the Court, directly. Again, I tried to explain the purpose of me needing to speak with him,

8

Mejia Ruben

**Respectfully Submitted,**

Director
Riverside County DPSS-CSD

**By**

**I Declare Under Penalty of Perjury that the Foregoing is True and Correct.**

**Executed at Riverside, California this 11th day of November**

_____    __11/11/2022__
**Date**

_____    __11/11/2022__
**Date**

*I have read and considered the above report.*

_____
**Judicial Officer**

_____
**Date**

15

# THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF RIVERSIDE



Filed Date:    03/06/2019

Case Status: ████████

MEJIA vs. VALENZUELA ET.AL
**Family Law Establish Parental Relation**
**Hemet - Department H4**

Print Case Report

## Case Summary

### ⌄ COMPLAINTS/PETITIONS

**Filings**

Chil████
Child ████
Child: ████



**DCSS Petition for Child Support and Health Insurance filed by COUNTY OF RIVERSIDE**

Petitioner: COUNTY OF RIVERSIDE

Respondent █████
- **Also Known A**████
- **Also Known As:**████
- **Also Known As:**████



| | | | |
|---|---|---|---|
| 02/02/2023 08:00 AM | | | G |
| 02/02/2023 08:30 AM | Hearing re: Return of FC 3027 Report | | G |
| 02/02/2023 08:30 AM | Hearing re: Return of FC 3027 Report | | G |
| 02/02/2023 08:30 AM | | | G |
| 02/02/2023 08:30 AM | | | G |
| 02/02/2023 08:30 AM | | | N |

Results 46-60 of 62

## ⌄ DEADLINES & REMINDERS

| Date Created | Timestandard |
|---|---|
| 03/06/2019 | |

## ⌄ COLLECTION HISTORY

| Debtor Number | Debt Type | Fiduciary Status | Collection Status | Due Date | Total Amount Assessed |
|---|---|---|---|---|---|
| | FEE | | ECD | | |
| Pending | FEE | | ECD | | |

## ⌄ DOCUMENTS

| Status | Date | Description |
|---|---|---|
| Filed | 06/28/2016 | |
| Filed | 07/25/2016 | |

 

**Cc:**

Hello Ruben,
You have been enrolled in courses for Fall 2023. Please verify via your MyCoyote student portal. You will also find your fee information in the student portal. Please reference these how-to guides to complete most student account processes (https://www.csusb.edu/student-financial-services/forms-and-how-guides).
**FALL 2023 COURSES:**

- ADMN 6010 Data Driven Decision Making.
- ADMN 6020 Advanced Managerial Communications.

Attached is your MBA program plan, which will assist you in planning out courses in the coming semesters. The courses listed on your program plan are required to complete your MBA degree. I have also included some general suggestions below, to consider when planning out your future course schedules.

- The essential courses do not have to be taken in any particular order. Although, I recommend taking MGMT 6850, after MGMT 6010.
- You may choose to enroll in more than two courses for your first semesters (Click here for self-enrollment instructions). If you have a program concentration, I suggest taking the essential course prerequisite in your first or second semester, which will open up the focus area courses.
- The essential courses are typically offered in fall, spring, and summer terms. The focus area courses are typically offered once per academic year. When picking out your courses, I suggest first looking for focus area courses within your concentration. And then looking for any remaining essential courses to complete your schedule. A course schedule search is available here https://www.csusb.edu/class-schedule.
- It is recommended for new students to complete the MBA Boot Camps located in Canvas as soon as possible to prepare for the essential courses.
- The MBA Office sends out a "student progress update" at the end of each semester. You will receive an email with an updated program plan and a list of any action items to complete (once grades have posted).

The **Fall New Student Orientation** will be held on ▒▒▒▒▒▒▒▒▒▒▒▒▒▒ via zoom. A notice will be sent out at a later time.

Please let me know if you have any additional questions.

Best Regards,





CALIFORNIA STATE UNIVERSITY
## SAN BERNARDINO

Jack H. Brown College
Business and Public Administration

# IN RECOGNITION OF OUTSTANDING UNDERGRADUATE ACHIEVEMENT

# RUBEN MEJIA

## RECEIVES

# DEPARTMENTAL HONORS

## DEPARTMENT OF MANAGEMENT

## HUMAN RESOURCE MANAGEMENT CONCENTRATION



**STELLA QIU, PH.D.**
DEPARTMENT CHAIR

**TOMÁS GÓMEZ-ARIAS, PH.D.**
DEAN



**DEPARTMENT OF VETERANS AFFAIRS**
**VA Regional Office**
**San Diego VA Benefits Office**
**8810 Rio San Diego Drive, Rm 4445**
**San Diego, CA 92108**

## VOCATIONAL REHABILITATION ACADEMIC WORKSHEET

The following information is very important in assessing the veteran's ability to complete a designated degree program at your institution.

<u>Student's Name:</u>   Ruben Mejia ▉▉▉▉▉▉▉▉

1.    Declared Program   MBA Business Administration Management

2.    Number of college credits required to obtain declared degree program ▉▉▉▉

3.    Number of prerequisite courses required to complete: ▉▉▉▉

4.    Number of college credit hours accepted from transfer credits towards new degree program: ▉▉▉▉

5.    Number of credit hours remaining to complete degree program after considering the transfer credits: ▉▉▉▉

6.    Anticipated start date & anticipated date of completion (month / year) ▉▉▉▉

7.    <u>Estimated yearly cost</u> including tuition, fees and books: ▉▉▉▉

8     Veteran's academic advisor's name, phone number and email address:

Signature of Academic Advisor: ▉▉▉▉

        Printed signature ▉▉▉▉

9.    Name and contact information of the Certifying Official for your institution:

Facility code ▉▉▉▉                          Tax ID ▉▉▉▉
Facility code BookStore: ▉▉▉▉              Tax ID Bookstore ▉▉▉▉

# Congratulations Class of 2023

Dear Graduate,

The Veterans Success Center at California State University San Bernardino would like to congratulate you on completing your academic journey! If you missed the celebration, you can still watch the past broadcast on our Instagram.

Not only do you receive a stole with your military branch on it, but also a SALUTE Veterans National Honors Society Cord if qualified.

For undergraduates who received a 3.0 GPA and above, you may be categorized as follows:

| Alpha Tier | 4.0-3.75 | Bravo Tier | 3.74-3.50 |
| Charlie Tier | 3.49-3.25 | Delta Tier | 3.24-3.0 |

For Graduate students who earned a 3.5 GPA and above, you are considered SALUTE Gold Members.

If you plan to take pictures with your stole and cord, please tag us on Instagram @veterans_success_center and we will feature you on our story.

All the staff from the Veterans Success wish you all the best as you continue on your path towards success and journey onward. Congratulations!

Sincerely,
The Veterans Success Center



CALIFORNIA STATE UNIVERSITY
SAN BERNARDINO

Veterans Success Center

JV-121

CHILD'S NAME:                                                    CASE NUMBER:

## FAILURE TO PROTECT
### § 300(b)

**§ 300(b)(1)**

The child has suffered, or there is a substantial risk that the child will suffer, serious physical harm or illness

☐ as a result of the failure or inability of his or her parent or legal guardian to supervise or protect the child adequately.

☐ as a result of the willful or negligent failure of the child's parent or legal guardian to supervise or protect the child adequately from the conduct of the custodian with whom the child has been left.

☐ by the willful or negligent failure of the parent or legal guardian to provide the child with adequate food, clothing, shelter, or medical treatment.

☒ by the inability of the parent or legal guardian to provide regular care for the child due to the parent's or legal guardian's mental illness, developmental disability, or substance abuse.

**§ 300(b)(4)**

The child's parent or guardian has failed to, or was unable to, protect the child, and the child

☐ has been or is being sexually trafficked, as described in section 236.1 of the Penal Code.

☐ has been or is receiving food or shelter in exchange for, or who is paid to perform sexual acts described in section 236.1 or 11165.1 of the Penal Code.

*(State supporting facts concisely and number them 1, 2, 3, etc.):*

b-1    The father has unresolved mental health issues to include, but is not limited to, post-traumatic stress disorder (PTSD), and he has failed to obtain/maintain regular treatment and/or medications to address his mental health needs. Further, the father exhibits symptoms to include manic episodes, verbal aggression, hostility, and paranoid behavior.

b-2    The father abuses controlled substances including but not limited to marijuana while caring for his young children. Further, the father self-reported he visited dispensaries and left the children in the car while he made his purchase. Additionally, the father has criminal history to include several arrest for drug and alcohol related charges.

Form Approved for Optional Use
Judicial Council of California
JV-121 [Rev. February 1, 2023]
CWS Case Management System

**FAILURE TO PROTECT**
**§ 300(b)**

Welfare and Institutions Code § 300;
Cal. Rules of Court, rule 5.504

**Page 4 of 4**

ICWA-010(A)

| | CASE NUMBER: |
|---|---|

1. Name of child: G███ M████

2. (Check one)

☐ I have not yet been able to complete the inquiry about the child's Indian status because:

I understand that I have an affirmative and continuing duty to complete this inquiry. I will do it as soon as possible and advise the court of my efforts.

☒ I have asked or ☐ I am advised by _____ and on information and belief confirm that this person has completed inquiry by asking the child, the child's parents, and other required and available persons about the child's Indian status. The person(s) questioned are:

Name: Ruben Mejia                           Name:
Address: ████████                           Address:
City, state, zip ████████                   City, state, zip:
Telephone: ████                             Telephone:
Date questioned ████                        Date questioned:
Relationship to child: Father               Relationship to child:

☐ Additional persons questioned and their information is attached.

3. This inquiry (check one):

☐ gave me reason to believe the child is or may be an Indian child. (If yes, continue to 4.)

☒ gave me no reason to believe the child is or may be an Indian child.

4. ☐ I contacted the tribe(s) that the child may be affiliated with and worked with them to establish whether the child is a member or eligible for membership in the tribe(s). Information detailing the tribes contacted, the names of the individuals contacted, and the manner of the contacts is attached.

5. Based on inquiry and tribal contacts (check all that apply):

a. ☐ The child is or may be a member of or eligible for membership in a tribe.
   Name of tribe(s):
   Location of tribe(s):

b. ☐ The child's parents, grandparents, or great-grandparents are or were members of a tribe.
   Name of tribe(s):
   Location of tribe(s):

c. ☐ The residence or domicile of the child, child's parents, or Indian custodian is on a reservation, rancheria, Alaska Native village or other tribal trust land.

d. ☐ The child or the child's family has received services or benefits from a tribe or services that are available to Indians from tribes or the federal government, such as the Indian Health Service or Tribal Temporary Assistance to Needy Families (TANF).

e. ☐ The child is or has been a ward of a tribal court.
   Name of tribe(s):
   Location of tribe(s):

f. ☐ Either parent or the child possesses an Indian Identification card indicating membership or citizenship in an Indian tribe.
   Name of tribe(s):
   Location of tribe(s):

6. If this is a delinquency proceeding under Welfare and Institutions Code section 601 or 602:

☐ The child is in foster care.

☐ It is probable the child will be entering foster care.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 14, 2023

Amanda Young
(TYPE OR PRINT NAME)

▶ (SIGNATURE)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
ICWA-010(A) [Rev. January 1, 2020]

**INDIAN CHILD INQUIRY ATTACHMENT**

www.courts.ca.gov

ICWA-010(A)

| | CASE NUMBER: |
|---|---|
| ███████████ | |

1. Name of child: ███████

2. (Check one)

   ☐ I have not yet been able to complete the inquiry about the child's Indian status because:

   I understand that I have an affirmative and continuing duty to complete this inquiry. I will do it as soon as possible and advise the court of my efforts.

   ☒ I have asked or ☐ I am advised by     and on information and belief confirm that this person has completed inquiry by asking the child, the child's parents, and other required and available persons about the child's Indian status. The person(s) questioned are:

Name: ███████        Name:

Address: 6███████        Address:

City, state, ███        City, state, zip:

Telephon███        Telephone:

Date questi███        Date questioned:

Relationship to ███        Relationship to child:

   ☐ Additional persons questioned and their information is attached.

3. This inquiry (check one):

   ☐ gave me reason to believe the child is or may be an Indian child. (If yes, continue to 4.)

   ☒ gave me no reason to believe the child is or may be an Indian child.

4. ☐ I contacted the tribe(s) that the child may be affiliated with and worked with them to establish whether the child is a member or eligible for membership in the tribe(s). Information detailing the tribes contacted, the names of the individuals contacted, and the manner of the contacts is attached.

5. Based on inquiry and tribal contacts (check all that apply):

   a. ☐ The child is or may be a member of or eligible for membership in a tribe.
      Name of tribe(s):
      Location of tribe(s):

   b. ☐ The child's parents, grandparents, or great-grandparents are or were members of a tribe.
      Name of tribe(s):
      Location of tribe(s):

   c. ☐ The residence or domicile of the child, child's parents, or Indian custodian is on a reservation, rancheria, Alaska Native village or other tribal trust land.

   d. ☐ The child or the child's family has received services or benefits from a tribe or services that are available to Indians from tribes or the federal government, such as the Indian Health Service or Tribal Temporary Assistance to Needy Families (TANF).

   e. ☐ The child is or has been a ward of a tribal court.
      Name of tribe(s):
      Location of tribe(s):

   f. ☐ Either parent or the child possesses an Indian Identification card indicating membership or citizenship in an Indian tribe.
      Name of tribe(s):
      Location of tribe(s):

6. If this is a delinquency proceeding under Welfare and Institutions Code section 601 or 602:

   ☐ The child is in foster care.

   ☐ It is probable the child will be entering foster care.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 14, 2023

Amanda Young       ▶    _(signature)_
(TYPE OR PRINT NAME)       (SIGNATURE)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
ICWA-010(A) [Rev. January 1, 2020]

**INDIAN CHILD INQUIRY ATTACHMENT**

www.courts.ca.gov